UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Vicky A. Dietz and<br>Terry B. Dietz,<br><br>    Plaintiffs,<br><br>v.<br><br>Beneficial Loan and Thrift Co., a<br>Minnesota corporation, and John<br>and Jane Does 1-10,<br><br>    Defendants. | Civil No. 10-3752 (DWF/TNL)<br><br><br><br>**MEMORANDUM**<br>**OPINION AND ORDER** |

_____

Michael J. Keogh, Esq., Keogh Law Office, counsel for Plaintiffs.

Chad A. Snyder, Esq., and Michael H. Frasier, Esq., Snyder Gislason Frasier LLC, counsel for Beneficial Loan and Thrift Co.

_____

   This matter is before the Court on a Motion to Dismiss (Doc. No. 22) brought by Defendant Beneficial Loan and Thrift Co. ("Beneficial").  The motion came on for a hearing on October 28, 2011 and has been taken under advisement.  At the end of the hearing, the Court represented that it would issue this short order announcing its decision on the pending Motion to Dismiss and that a Memorandum Opinion explaining the reasons for its decision would follow.

   Based on the records, files, and proceedings herein, **IT IS HEREBY ORDERED** that:

   1. Beneficial's Motion to Dismiss (Doc. No. [22]) is **GRANTED**.

2

2. Plaintiffs' Third Amended Complaint (Doc. No. [21]) is **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 10, 2011          s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge